R. R. PADGETT, *Plaintiff in Error*, v. THE STATE OF FLORIDA, *Defendant in Error*.

Opinion Filed November 20, 1920.

Petition for rehearing denied January 19, 1923.

No material or harmful errors of law or procedure being made to appear in the record of the trial, the judgment herein of conviction of perjury is affirmed.

A Writ of Error to the Criminal Court of Record for Duval County; James M. Peeler, Judge.

Affirmed.

*Ion L. Farris,* for Plaintiff in Error;

*Rivers Buford,* Attorney General, and *Marvin C. McIntosh,* Assistant, for the State.

PER CURIAM.—The judgment herein of conviction for perjury has ample support in competent testimony and no material or harmful errors of law or procedure are made to appear, therefore the judgment should be and is affirmed.

The judgment should not be reversed or a new trial granted in any case, civil or criminal, for errors in rulings upon admission or rejection of evidence, or for errors in giving or refusing charges, or for errors in any other matter of procedure or practice, unless it shall appear to the court from a consideration of the entire cause that such errors injuriously affect the substantial rights of the complaining party. Nor should a judgment be reversed or a new trial granted on the ground that the verdict is not sustained by the evidence, unless it appears that there was no substantial evidence to support the finding, or that upon the whole evidence the verdict is clearly wrong, or that the jury were not governed by the evidence in making their finding. Shuler v. State, decided at this term.

Affirmed.

BROWNE, C. J., AND TAYLOR, WHITFIELD, ELLIS AND WEST, J. J., concur.